## In re ROBERTS' ESTATE.

### (168 N. W. 31.)

(File No. 4300.　Opinion filed June 11, 1918.)

**Appeals—Review—Brief, Failure to Show Either Settled Record or Judgment Roll, Affirmance—Statutes Applied—Presumption.**

Without determining whether questions on appeal were or not presentable upon mere judgment roll if authenticated under Laws 1913, Ch. 174, or whether presentable only upon settled record under Laws 1913, Ch. 178, **held**, that brief should have recited that there was a settled record embracing matter therein, or, in case of appeal on judgment roll, containing such record, in which latter case Supreme Court would have presumed the record was properly authenticated; in absence of which showing, nothing appears for review.

Appeal from Circuit Court, Marshall County.　Hon. THOMAS L. BOUCK, Judge.

In the matter of the estate of R. R. Roberts.　From an order reversing allowance of a claim by Edmund P. Allen, Receiver of the O. W. Kerr Company, plaintiff appeals.　Affirmed.

*Byron Abbott,* and *Morphy, Bradford & Cummins,* for Appellant.

*Andersen & Waddel,* for Respondent.

SMITH, J.　Respondent contends that appellant's brief is insufficient to authorize this court to consider the assignments of errors therein contained.　In such contention we think respondent is correct.　Without determining whether the questions sought to be raised upon this appeal could be presented upon a mere judgment roll if authenticated as provided in chapter 174, Laws 1913, or whether they could only be presented upon a settled record settled under chapter 178, Laws 1913, it is clear that, in the one case, there should have been a recital in the brief that there was a settled record, containing the record appearing in such brief, while, in the other case, there should have been a statement that there was a judgment roll containing the record appearing in such brief.　With a statement that there was such settled record or judgment roll, this court would have indulged the presumption that they were properly authenticated.　Hepner v. Wheatley, 33 S. D. 34, 144 N. W. 923.　There being nothing to show that there was either a settled record, or even a judgment roll, upon which such appeal was based, there is noth-

ing upon which this court could base a ruling upon the assignments of error.

The judgment and order of the trial court are affirmed.